IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BILLY CAPSHAW                                                          PLAINTIFF

Civil No. 01-6007

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                   DEFENDANT

## **JUDGMENT**

On this the 6th day of January, 2005, the Court has before it for consideration, plaintiff's request for attorney's fees for Ms. Shannon Muse Carroll, pursuant to *42 U.S.C. § 406*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court approves an award of $2,850 in attorney's fees pursuant to *42 U.S.C. § 406(b)*.

IT IS SO ORDERED.

                                                       /s/ Bobby E. Shepherd
                                                       HONORABLE BOBBY E. SHEPHERD
                                                       UNITED STATES MAGISTRATE JUDGE